# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

LIZA PHOENIX,

    Plaintiff,

vs.

DOLLS KILL, INC.,

    Defendant.

Case No.: 3:19-cv-05026-WHO

**[PROPOSED]** ORDER

Pursuant to stipulation of the parties, and Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the entire action herein be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs. The court shall retain jurisdiction to enforce the Agreement.

DATED: November 15, 2019

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE